**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| HEIDI FRIEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:25-cv-01084-SPM |
| v. | ) | |
| | ) | |
| VETERANS HOME CARE, LLC., a | ) | |
| Missouri limited liability company, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HOWARD LAIDERMAN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff Heidi Friedman, and Defendants Veterans Home Care,

LLC and Howard Laiderman, by and through their undersigned counsel pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal of the above-

captioned cause with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By:  */s/ Teresa Dale Pupillo*
Teresa D. Pupillo, #42975MO
Stephen M. Hoeplinger
8182 Maryland Ave., 15th Floor
St. Louis, Missouri 63105
Telephone: 314-505-5467
pupillo@capessokol.com
hoeplinger@capessokol.com

**ATTORNEYS FOR PLAINTIFF**

**McMAHON BERGER, P.C.**

By:  */s/ Michael S. Powers*
Kevin J. Lorenz, #31707MO
Michael S. Powers, #63173MO
2730 North Ballas Rd., Ste 200
St. Louis, Missouri 63131
Telephone: 314-567-7350
lorenz@mcmahonberger.com
powers@mcmahonberger.com

**ATTORNEYS FOR DEFENDANTS**

SO ORDERED:

Dated: July 28, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon parties or counsel of record.

 /s/ *Teresa Dale Pupillo*